JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PESTANO and ERLINDA PESTANO,<br><br>Plaintiffs,<br><br>vs.<br><br>INDYMAC BANK, TRANSNATIONAL TITLE INSURANCE COMPANY, MORTGAGE ELECTRONIC RECORDING SYSTEMS, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: CV 10-7703 DSF (MANx)<br><br><br><br>JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and plaintiffs not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, and that the action be dismissed without prejudice.

Dated: 3/21/11

_____
Dale S. Fischer
United States District Judge